```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 20133
   MICHAEL D KOSCHE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3779


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/01/2008 and was not confirmed.

     The case was dismissed without confirmation 11/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
EASTERN SAVINGS BANK       CURRENT MORTG        .00            .00           .00
EASTERN SAVINGS BANK       MORTGAGE ARRE   69200.72            .00           .00
EASTERN SAVINGS BANK       MORTGAGE NOTI  NOT FILED            .00           .00
EASTERN SAVINGS BANK       MORTGAGE NOTI  NOT FILED            .00           .00
CANDLEWICK LAKE ASSOCIAT   CURRENT MORTG        .00            .00           .00
CANDLEWICK LAKE ASSOCIAT   SECURED          3533.95            .00           .00
CANDLEWICK LAKE ASSOCIAT   NOTICE ONLY    NOT FILED            .00           .00
CANDLEWICK LAKE ASSOCIAT   NOTICE ONLY    NOT FILED            .00           .00
AQUA ILLINOIS INC          SECURED          1106.43            .00           .00
CHARTER NATIONAL BANK &    NOTICE ONLY    NOT FILED            .00           .00
EASTERN SAVINGS BANK       NOTICE ONLY    NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00           .00
ARROW FINANCIAL SERV       UNSEC W/INTER    906.24             .00           .00
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER   1880.27             .00           .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER   2170.16             .00           .00
COMMONWEALTH EDISON        UNSEC W/INTER   1309.67             .00           .00
HSBC CARD SERVICES         UNSEC W/INTER  NOT FILED            .00           .00
PRA RECEIVABLES MANAGEME   UNSEC W/INTER   1161.94             .00           .00
HSBC                       UNSEC W/INTER  NOT FILED            .00           .00
LAURIE GOLDMAN PSY         NOTICE ONLY    NOT FILED            .00           .00
NICOR GAS                  UNSEC W/INTER  NOT FILED            .00           .00
NICOR GAS                  UNSEC W/INTER  NOT FILED            .00           .00
ASSET ACCEPTANCE           UNSEC W/INTER    475.93             .00           .00
SALUTE CARD                NOTICE ONLY    NOT FILED            .00           .00
VERIZON WIRELESS           UNSEC W/INTER  NOT FILED            .00           .00
MELISSA J KOSCHE           NOTICE ONLY    NOT FILED            .00           .00
MELISSA J KOSCHE           NOTICE ONLY    NOT FILED            .00           .00
MELISSA J KOSCHE           NOTICE ONLY    NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER    613.09             .00           .00
DENNIS G KNIPP             DEBTOR ATTY    2,800.00                           .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 20133 MICHAEL D KOSCHE
```

```
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                           ---------------    ---------------
TOTALS                          .00                   .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 02/25/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE